UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Barney Lonzo
       Plaintiff,

v.                  Case No.: 1:22−cv−05369
                 Honorable Steven C. Seeger

Christopher Owens, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Lonzo's motion for permission to appeal in forma pauperis (Dckt. No. [11]) is hereby denied. On November 10, 2022, this Court prescreened Lonzo's complaint as part of an application to proceed in forma pauperis, and dismissed the complaint without prejudice. "Candidly, the complaint is difficult to follow.... Overall, the Court cannot make heads or tails of the complaint. It contains too much jumbled jargon, and too little facts." See 11/10/22 Order (Dckt. No. [7]). As the Court explained, "Plaintiff has not offered enough facts to tell a plausible story that holds together." Id. The Court offered Lonzo a chance to amend, and he later filed an amended complaint. See Am. Cplt. (Dckt. No. [8]). But the problems persisted. The Court reviewed the amended complaint and found the same problems. "It offers a rambling collection of jumbled allegations spanning more than a decade, and many of the allegations have no apparent connection to Plaintiff. Any attempt to describe the amended complaint is enough to explain its dismissal." See 12/6/22 Order, at 1 (Dckt. No. [9]). Simply put, "[t]he amended complaint does not tell a coherent story." Id. at 3. The Court ultimately concluded that the case is frivolous, so it dismissed the complaint with prejudice. Id. Plaintiff then filed a notice of appeal, and he asks this Court to allow him leave to proceed in forma pauperis. The application (Dckt. No. [11]) is denied. The Court denies Plaintiff leave to proceed in forma pauperis because the appeal is frivolous and, therefore, not made in "good faith" as required by 28 U.S.C. § 1915(a)(3). See Lee v. Clinton, 209 F.3d 1025, 1026−27 (7th Cir. 2000); Collier v. Blagojevich, 2008 WL 4378375, at *3 (N.D. Ill. 2008) ("The Seventh Circuit has made clear that litigants should not be permitted to appeal in forma pauperis where their underlying complaint has been dismissed as frivolous."); Pope v. William (LNU) Summit Supervisor, 2019 WL 11585360, at *1 (N.D. Ill. 2019); Teverbaugh v. First Guaranty Mortg. Corp., 2019 WL 11505576, at *1 (N.D. Ill. 2019). To the extent that Lonzo asks this Court to appoint appellate counsel, that request is denied, too. A district court does not appoint appellate counsel. See Smith v. Dumyhan, 2018 WL 10705127, at *1 (N.D. Ill. 2018); United States v. Duett, 2018 WL 11276812, at *2 (N.D. Ill. 2018); Williams v. Lane, 1988 WL 142202, at *1 (N.D. Ill. Dec. 28, 1988). A request for appointed counsel on appeal must be made directly to the Court of Appeals. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.